# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LILLIAN M. COPELAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-575-SPS |
| | ) |
| COMMISSIONER of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 17] entered contemporaneously herewith, the Court hereby renders judgment in favor of the Defendant and against the Plaintiff pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED** this 27th day of March, 2018.

_____

**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**